STATE OF NEW JERSEY v. MANUEL McCASKILL.

June 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. SCIENTIFIC CHEMICAL
PROCESSING, INC.

June 16, 1982.

Petition for certification denied.

HOBOKEN BOARD OF EDUCATION v. HOBOKEN
TEACHERS' ASSOCIATION.

June 16, 1982.

Petition for certification granted.

GREGORY Z. MacKARONIS, JR. v. N. J. PUBLIC
EMPLOYMENT RELATIONS COMMISSION.

June 16, 1982.

Petition for certification denied.